AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Susan E. Fairchild  Telephone: (313) 226-9577
Agent: Mark I. Vincent  Telephone: (810) 989-5056

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Zenaido ROMERO-LOPEZ,
a/k/a Mario LOPEZ,

Case No. 2:25-mj-30192
Judge: Unassigned,
Filed: 03-28-2025 At 05:42 PM
CMP USA V. ZENAIDO ROMERO-LOPEZ (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 25, 2025 in the county of Macomb in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a), (b)(1) | Unlawful Re-Entry After Removal from the United States |

This criminal complaint is based on these facts:

On or about March 25, 2025, in the Eastern District of Michigan, Zenaido ROMERO-Lopez, a/k/a Mario LOPEZ, an alien from Mexico, who had previously been convicted of a felony offense and was subsequently denied admission, excluded, deported, and removed therefrom on or about August 18, 2021, at or near Laredo, Texas, was found in the United States without having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

☑ Continued on the attached sheet.

_Complainant's signature_

Mark I. Vincent, Border Patrol Agent/DHS
_Printed name and title_

Sworn to before me and signed in my presence.

Date: March 28, 2025

_Judge's signature_

City and state: Detroit, Michigan

Elizabeth A. Stafford, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT

I, Mark I. Vincent, declare the following under penalty of perjury:

1.      I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 14, 2009.  Currently, I am assigned to the Marysville Border Patrol Station.  The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases.  I have also reviewed the official immigration file and system automated data relating to Zenaido ROMERO-LOPEZ, which attests the following:

2.      The information set forth below is for the limited purpose of establishing probable cause.  Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3.      Zenaido ROMERO-LOPEZ is a forty-six-year-old native and citizen of Mexico, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4.      On August 1, 2003, ROMERO-LOPEZ was encountered by the Palm Beach County Sheriff's Office in Florida. During this encounter ROMERO-LOPEZ used the alias name of Mario LOPEZ. ROMERO-LOPEZ was charged with Controlled Substance Without Prescription, Felony Third Degree; Possession of Cocaine, Felony Third Degree; Marijuana Possession not more than 20 grams, Misdemeanor First Degree and Operate Motor Vehicle Without Valid License, Misdemeanor Second Degree.

5.      On August 22, 2003, as a result of ROMERO-LOPEZ's earlier arrest by the Palm Beach County Sheriff's Office, ROMERO-LOPEZ was prosecuted for Marijuana Possession, Misdemeanor First Degree  and Possession of Hashish, Felony Third Degree.

6.      On September 5, 2003, ROMERO-LOPEZ was convicted in the Palm Beach County Clerk of Court, Florida, for Possession of Hashish, Felony Third Degree; Marijuana Possession, Misdemeanor First Degree and Driving Without a License, Misdemeanor Second Degree. ROMERO-LOPEZ was sentenced to five days' confinement and ordered to pay court costs in the amount of $526.

7.     On February 5, 2004, ROMERO-LOPEZ was encountered by United States Border Patrol Agents near Calexico, California. ROMERO-LOPEZ was granted a Voluntary Return and returned to Mexico.

8.     On January 17, 2005, ROMERO-LOPEZ was encountered by United States Border Patrol Agents near Orlando, Florida. ROMERO-LOPEZ was issued a Notice to Appear (NTA) and released pending a future court date.

9.     On December 28, 2005, ROMERO-LOPEZ was encountered by the Lake County Sheriff's Office in Florida. ROMERO-LOPEZ was charged with Driving Without a License, Misdemeanor, Second Degree and Driving While License Suspended Revoked, Misdemeanor, First Degree.

10.    On February 28, 2006, ROMERO-LOPEZ was again encountered by the Lake County Sheriff's Office in Florida. ROMERO-LOPEZ was charged with Driving While License Suspended, Misdemeanor, Second Degree.

11.    On September 25, 2006, ROMERO-LOPEZ was encountered by the Orange County Sheriff's Office in Florida. ROMERO-LOPEZ was charged with Driving While License Suspended, Second Conviction, Misdemeanor, First Degree.

12.    On January 24, 2008, ROMERO-LOPEZ was encountered by the Lake County Sheriff's Office in Florida. ROMERO-LOPEZ was charged with Drug Possession, Felony Third Offense, Marijuana Possession, Misdemeanor First Degree and Drug Equipment Possession, Misdemeanor, First Degree.

13.    On February 15, 2008, as a result of ROMERO-LOPEZ's earlier arrest by the Lake County Sheriff's Office, ROMERO-LOPEZ was prosecuted for Marijuana Possession, Felony, Third Degree and Drug Equipment Possession, Misdemeanor, First Degree.

14.    On June 11, 2008, ROMERO-LOPEZ was convicted in the Lake County Clerk of Court, Florida, for Marijuana Possession, Felony Third Degree. ROMERO-LOPEZ was sentenced to 5 months' confinement with 140 days' credit, court costs of $1000 and a fine of $250.

15.    On June 16, 2008, ROMERO-LOPEZ was encountered by Immigration and Customs Enforcement (I.C.E) agents at the Lake County Jail in Tavares, Florida, upon his release from jail. During this encounter, it was revealed that the

ROMERO-LOPEZ's original Notice to Appear from January 17, 2005, had not been filed with the court. ROMERO-LOPEZ was re-issued a Notice to Appear that superseded his original.

16. On June 27, 2008, ROMERO-LOPEZ was ordered removed by an Immigration Judge in Orlando, Florida

17. On July 02, 2008, ROMERO-LOPEZ was removed from the United States to Mexico via Brownsville, Texas.

18. On July 22, 2021, ROMERO-LOPEZ was encountered by Customs and Border Protection Officers at the Gateway International Bridge, Port of Entry in Brownsville, Texas. ROMERO-LOPEZ was issued an Expedited Removal with Credible Fear Claim.

19. On August 16, 2021, ROMERO-LOPEZ's fear claim was denied, and he was order removed from the United States to Mexico by an Immigration Judge in Houston, Texas.

20. On August 18, 2021, ROMERO-LOPEZ was removed from the United States to Mexico via Laredo, Texas.

21. On March 25, 2025, ROMERO-LOPEZ was encountered by Border Patrol agents near Shelby Twp., Michigan. ROMERO-LOPEZ's prior order of removal was reinstated.

22. Review of the alien file (A# xxx xxx 377) for ROMERO-LOPEZ, and queries in U.S. Border Patrol computer databases confirm no record exists of ROMERO-LOPEZ obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last removal on August 18, 2021.

23. Based on the above information, I believe there is probable cause to conclude that Zenaido ROMERO-LOPEZ, is an alien who was found in the United States after removal, and after being convicted of a felony offense, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a) and (b)(1).

_____
Mark I. Vincent, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Elizabeth A. Stafford
United States Magistrate Judge